IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DELARRON KEITH WASHINGTON                                          PETITIONER

VS.                              5:06CV00274 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 2nd day of October, 2007.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE