IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DELARRON KEITH WASHINGTON**                                                      **PETITIONER**

**VS.**                                    **5:06CV00274 BRW/PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety (Doc. No. 36) as this Court's findings in all respects.

Accordingly, the Motion for Relief (Doc. No. 29) and Motion to Proceed *In Form Pauperis* (Doc. No. 30) are DENIED. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of November, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE