IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DELARRON KEITH WASHINGTON**                                              **PETITIONER**

VS.                                   **5:06CV00274 BRW/PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                      **RESPONDENT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 9th day of November, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE